UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN W. MCKENDRY,

    Plaintiff,

                         Case No. 1:26-cv-330

v.

                         HONORABLE PAUL L. MALONEY

PNC BANK, N.A., et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated:  April 30, 2026                     /s/ Paul L. Maloney
                                           Paul L. Maloney
                                         United States District Judge